IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALAGBARA W. AWOLOWO,

    *Plaintiff*,

v.                              Case No.: 1:24cv170-MW/HTC

KEITH CARLISLE, et al.,

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) due to his failure to state a claim on which relief may be granted." The Clerk shall close the file.

**SO ORDERED** on January 21, 2025.

                                                    s/Mark E. Walker               
                                                    **Chief United States District Judge**